# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MATTHEW JORDAN TYRA
also known as, Matthew J Tyra

       Petitioner

  v.

                                                      Civil Action No.  3:23-cv-166

WARDEN,
Miami Correctional Facility

       Respondent.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

☒ Other:  Petitioner Matthew Jordan Tyra's Petition for Writ of Habeas Corpus is DENIED. Judgment is entered in favor of respondent Warden and against petitioner Matthew Jordan Tyra. The Court DENIES petitioner, Matthew Jordan Tyra, leave to appeal in forma pauperis.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Robert L. Miller, Jr., as to the Petition for Writ of Habeas Corpus.

DATE: 3/14/2023                              CHANDA J. BERTA, ACTING CLERK OF COURT

                                                                     by  s/A. Highlen

*Signature of Clerk or Deputy Clerk*